**Order entered January 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00521-CR

**GREGORY ALLEN ROBINSON, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-34479-R**

## ORDER

The Court **GRANTS** the State's January 28, 2015 motion for extension of time to file the

State's brief. We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this

order.

/s/     LANA MYERS
        JUSTICE